

**IN THE
TENTH COURT OF APPEALS**

**No. 10-17-00064-CV**

**IN THE MATTER OF K.A.S.**

**From the 443rd District Court
Ellis County, Texas
Trial Court No. 16-J-5062**

## MEMORANDUM  OPINION

K.A.S. filed a motion to dismiss his appeal.  *See* TEX. R. APP. P. 42.1(a)(1). The motion

has been signed by K.A.S. and his counsel.  Dismissal of this appeal would not prevent a party

from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal

is dismissed.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed April 5, 2017
[CV06]